NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. RICHARD F. HARRISON et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies plaintiff's motion to appoint new commissioners of appraisal to ascertain compensation to be paid for the property taken, and grants defendants' cross motion that the case be referred back to the commissioners previously appointed for the taking of additional testimony and the filing of a supplementary report.) Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.

JULIA JACKSON, as Administratrix of the Estate of JAMES F. JACKSON, Deceased, Respondent, v. STATE OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for claimant in a negligence action.) Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.

WILLIAM L. LEWIS, Respondent, v. STATE OF NEW YORK, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for claimant in a negligence action.) Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.